In the Matter of the Estate of JOSEPH W. McGHEE, Deceased.

STATE OF NEW YORK, Appellant; UNITED STATES OF AMERICA et al., Respondents.

(Argued October 9, 1933; decided October 24, 1933.)

*John J. Bennett, Jr.*, Attorney-General (*Charles E. McManus* and *William F. Huyck* of counsel), for appellant.

*Richard H. Templeton*, United States Attorney (*Justin C. Morgan* of counsel), for United States of America, respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.